# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4714
_____

LEONARD TAYLOR,

Appellant,

v.

CHENEY BROTHERS INC., et al.,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Karen A. Gievers, Judge.

April 19, 2018

PER CURIAM.

AFFIRMED.

LEWIS, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Leonard Taylor, pro se, Appellant.

Jerry K. McKim, Wyland & Tadros, LLP, West Palm Beach, for Appellee Cheney Brothers Inc..